

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00427-CV

**IN THE INTEREST OF J.M.O.**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01766
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is REVERSED and the cause is REMANDED to the trial court for further proceedings.

We ORDER all costs of this appeal assessed against appellee, the Texas Department of Family and Protective Services.

SIGNED December 10, 2014.

Karen Angelini, Justice